THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ELLIS M. HENDERSON (Impleaded), Defendant-Appellant.

(No. 55844;

First District (2nd Division)—May 22, 1973.

PER CURIAM.

112

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.